UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSEPH GLAZER, et al.,<br><br>        Defendants. | Case No. 21-cv-00500-HSG<br><br>**ORDER OF SERVICE AND ORDER REASSIGNING CASE** |

On January 14, 2021, Plaintiff applied to proceed in forma pauperis under 28 U.S.C. § 1915. Dkt. No. 2. Prior to reassignment to the undersigned, Chief Magistrate Judge Spero granted Plaintiff's motion to proceed in forma pauperis, subject to later determination of the sufficiency of the complaint. Dkt. No. 4. **IT IS ORDERED** that the Clerk issue summons, and **IT IS FURTHER ORDERED** that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint and this order upon the defendants.

Further, in light of Plaintiff's consent to magistrate jurisdiction in this case, *see* Dkt. No. 10, the case is reassigned to Chief Judge Spero.

**IT IS SO ORDERED.**

Dated: 3/29/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge